HENRY WEISSMANN (SBN 132418)
henry.weissmann@mto.com
JOHN M. GILDERSLEEVE (SBN 284618)
john.gildersleeve@mto.com
JORDAN X. NAVARRETTE (SBN 306143)
jordan.navarrette@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California  90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

Attorneys for Defendants
THEODORE F. CRAVER, JR.
and ROBERT BOADA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSANDRA WILSON, and all other individuals similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EDISON INTERNATIONAL, INC., THEODORE F. CRAVER, JR., and ROBERT BOADA,<br><br>Defendants. | Case No. LACV15-09139 JAK (PJWx)<br><br>**JOINT REQUEST FOR ENTRY OF JUDGMENT PURSUANT TO FED. R. CIV. P. 58(d)**<br><br>[Proposed Judgment filed concurrently] |

Pursuant to Federal Rule of Civil Procedure 58(d), the parties jointly request that the Court enter judgment on its May 29, 2018 Order granting Defendants' Motion to Dismiss the Second Amended Complaint.

The Court dismissed the Second Amended Complaint with leave to amend by June 19, 2018. ECF No. 100. Plaintiff did not file an amended complaint by that date, and instead filed a Notice of Appeal. ECF No. 101. Because no judgment had been entered, the Ninth Circuit granted Plaintiff's motion to voluntarily dismiss the appeal. ECF No. 103. Plaintiff then filed in this Court a Notice of Intent Not to Amend Complaint. ECF No. 104. On August 2, 2018, the Court issued an Order Setting Date to File Joint Trial Report. ECF No. 105.

The parties respectfully submit that because the Court dismissed the operative complaint and Plaintiff elected not to amend it, filing a Joint Trial Report would not be appropriate and the Court should enter judgment pursuant to Rule 58.

Respectfully submitted,

DATED: August 3, 2018

ZAMANSKY LLC
JACOB H. ZAMANSKY
SAMUEL E. BONDEROFF
EDWARD H. GLENN JR.

KIRBY AND KIRBY LLP
MICHAEL L. KIRBY

By: ___/s/ Samuel E. Bonderoff___
SAMUEL E. BONDEROFF

Attorneys for Plaintiff
CASSANDRA WILSON

| | | |
|---|---|---|
| 1 | DATED:  August 3, 2018 | MUNGER, TOLLES & OLSON LLP |
| 2 | | HENRY WEISSMANN |
| | | JOHN M. GILDERSLEEVE |
| 3 | | LAUREN C. BARNETT |

By: */s/ John M. Gildersleeve*
 JOHN M. GILDERSLEEVE

Attorneys for Defendants
THEODORE F. CRAVER, JR.
and ROBERT BOADA

Pursuant to Local Rule 5-4.3.4, I, John M. Gildersleeve, attest that the above signatory has authorized this filing and concurs in its content.