# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSANDRA WILSON, and all other individuals similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EDISON INTERNATIONAL, INC., THEODORE F. CRAVER, JR., and ROBERT BOADA,<br><br>Defendants. | Case No.: LACV15-09139 JAK (PJWx)<br><br>**JUDGMENT**<br><br>**JS-6** |

The Court dismissed the Second Amended Complaint on May 29, 2018, with leave to amend by June 19, 2018. Dkt. 100. Plaintiff did not file an amended complaint by that date. On August 3, 2018, the parties jointly requested entry of judgment. Dkt. 106. That request is **GRANTED**. The Court hereby enters judgment in favor of Defendants.

IT IS SO ORDERED.

Dated: August 20, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE