Name: Samuel E. Bonderoff - Zamansky LLC
Address: 50 Broadway, 32nd Floor
City, State, Zip: New York, NY 10004
Phone: (212) 742-1414
Fax: (212) 742-1177
E-Mail: samuel@zamansky.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Cassandra Wilson,

PLAINTIFF(S),

v.

Theodore F. Craver, Jr. and Robert Boada,

DEFENDANT(S).

CASE NUMBER:

LA CV15-09139 JAK (PJWx)

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that **Cassandra Wilson** hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
  Granting Motion to Dismiss (Dkt. No. 100)

☒ Judgment (specify):
  In favor of Defendants (Dkt. No. 107)

☐ Other (specify):

Imposed or Filed on **August 20, 2018**. Entered on the docket in this action on **August 20, 2018**.

A copy of said judgment or order is attached hereto.

August 21, 2018
Date

/s/ Samuel E. Bonderoff
Signature
☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).